# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 14, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-51073 Consolidated with No. 26-50001
        Students v. Paxton
        USDC No. 1:25-CV-1662
        USDC No. 1:25-CV-1660

The court has granted the motion to consolidate the above referenced cases.

The Appellant's brief is due for filing May 18, 2026.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Mary Frances Yeager, Deputy Clerk
    504-310-7686

Mr. Zachary Berg
Mr. Philip Devlin
Mr. David Morris Gossett
Ms. Ambika Kumar
Mr. Michael Lambert
Mr. Edward Peter Percarpio
Mr. William Reid Pillifant
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Mr. Adam Sieff
Mr. Jeffrey A. Stephens
Mr. Brian M. Willen
Ms. Haley B. Zoffer

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

_____

Case No. 25-51073

_____

Students Engaged in Advancing Texas; M. F., by and through next friend Vanessa Fernandez; Z. B., by and through next friend S.B.,

Plaintiffs - Appellees

v.

Ken Paxton, in his official capacity as the Texas Attorney General,

Defendant - Appellant

consolidated with

_____

No 26-50001

_____

Computer & Communications Industry Association,

Plaintiff - Appellee

v.

Ken Paxton, in his official capacity as Attorney General of Texas,

Defendant - Appellant