Case Nos. 25-51073 & 26-50001

# In the United States Court of Appeals for the Fifth Circuit

———————

STUDENTS ENGAGED IN ADVANCING TEXAS; M. F., BY AND THROUGH NEXT FRIEND VANESSA FERNANDEZ; Z. B., BY AND THROUGH NEXT FRIEND S.B.,

*Plaintiffs-Appellees.*

v.

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS THE TEXAS ATTORNEY GENERAL,

*Defendant-Appellant.*

*consolidated with*

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,

*Plaintiffs-Appellees.*

v.

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS THE TEXAS ATTORNEY GENERAL,

*Defendants-Appellees.*

———————

On Appeal from the United States District Court
for the Western District of Texas, Austin Division
Case No. 1:20-cv-00323-LY

———————

**UNOPPOSED MOTION OF LOUISIANA FAMILY FOUNDATION, ALABAMA POLICY INSTITUTE, AND DIGITAL CHILDHOOD ALLIANCE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF DEFENDANT-APPELLANT AND REVERSAL**

———————

JOHN B. SCOTT
Scott & Scott PLLC
1400 Lavaca Street, Suite 975
Austin, Texas 78701
(817) 691-5817 (phone)
john.scott@scottpllc.net

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Amici Curiae*

Amici curiae Louisiana Family Forum, the Alabama Policy Institute, and the Digital Childhood Alliance Childhood Alliance respectfully ask for leave to file an amicus brief in support of the defendant-appellant.

All of the amici testified in favor of app-store accountability legislation (Louisiana Family Forum in Louisiana; Alabama Policy Institute in Alabama; and Digital Childhood Alliance in Texas, Louisiana, and Alabama). Louisiana and Alabama passed app-store legislation similar to Texas's S.B. 2420, the App Store Accountability Act ("ASAA"). This Court's rulings on the constitutionality of ASAA will likely affect their state's legislation. Amici and their allied members have a strong interest in ensuring that when companies invite children to download or use apps, they do so under the same consumer protection and contract principles that already apply in the physical marketplace.

Our proposed amicus brief is attached. We have conferred with all parties and they have consented to our filing of this amicus.

## CONCLUSION

The motion for leave to file an amicus should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940
jonathan@mitchell.law

Dated: May 26, 2026

*Counsel for Amici Curiae*

1

## CERTIFICATE OF CONFERENCE

We have conferred with counsel for the parties and they are unopposed to the filing of our proposed amicus brief.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I certify that on May 26, 2026, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon all counsel of record in this case.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

with type-volume limitation, typeface requirements,
and type-style requirements

1. This motion complies with the type-volume limitation of <u>Fed. R. App. P. 27(d)(2)</u> because it contains 164 words.

2. This motion complies with the typeface requirements of <u>Fed. R. App. P. 32(a)(5)</u> and the type-style requirements of <u>Fed. R. App. P. 32(a)(6)</u> because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

<u>/s/ Jonathan F. Mitchell</u>
JONATHAN F. MITCHELL
*Counsel for Amici Curiae*

Dated: May 26, 2026

## CERTIFICATE OF ELECTRONIC COMPLIANCE

Counsel also certifies that on May 26, 2026, this brief was transmitted to Mr. Lyle W. Cayce, Clerk of the United States Court of Appeals for the Fifth Circuit, through the court's CM/ECF document filing system, https://ecf.ca5.uscourts.gov

Counsel further certifies that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Amici Curiae*

5