**No. 25-51073 & 26-50001**

_____

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

**Students Engaged in Advancing Texas; M.F., By and Through Next Friend, Vanessa Fernandez; Z.B., By and Through Next Friend S.B.,**

*Plaintiffs-Appellees,*

v.

**Ken Paxton, in his official capacity as the Texas Attorney General,**

*Defendant-Appellant*

*consolidated with*

**Computer & Communications Industry Association,**

*Plaintiff-Appellee*,

v.

**Ken Paxton, in his official capacity as the Texas Attorney General,**

*Defendant-Appellant.*

_____

**On Appeal from the U.S. District Court for the Western Division of Texas, Austin Division**

**MOTION FOR LEAVE TO FILE AMICUS BRIEF OF**
**ASSOCIATION FOR COMPETITIVE TECHNOLOGY (ACT)**

Amicus Curiae The Association for Competitive Technology ("ACT") moves

for leave to file an amicus curiae brief in support of Plaintiffs/Appellees and would

respectfully show:

1.     ACT is a non-profit advocacy and education organization founded in 1988 that represents mobile software application developers, particularly small app developers, innovators, and entrepreneurs who create and/or use apps in their businesses.  It participated as amici in the preliminary injunction proceedings in the District Court that are now on appeal before this Court, and it wishes to provide the perspective of its members of the impact of the Texas law at issue, and seeks leave to file the brief accompanying this motion.

2.     Counsel for ACT has conferred with counsel for Plaintiffs-Appellees, who consent to the filing of this brief.  Counsel for Defendant-Appellant has not yet responded regarding its position due to a vacation.  Undersigned will promptly notify the Court of its position once it is known.

WHEREFORE, PREMISES CONSIDERED, Amicus Curiae ACT The Association for Competitive Technology and moves for leave to file its Amicus Curiea Brief.

Respectfully submitted,

*/s/ Peter D. Kennedy*
Peter D. Kennedy
Texas Bar No. 11296650
pkennedy@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
512-480-5674 (Phone)

## Certificate of Conference

I certify that counsel for Amicus Curiea ACT conferred with counsel for Plaintiffs/Appellees and counsel for Defendant/Appellant regarding this motion, and the results are stated in Paragraph 2, above.

/s/ *Peter D. Kennedy*
Peter D. Kennedy

## Certificate of Service

I certify that on June 24, 2026, I caused the foregoing Brief of Association for Competitive Technology as Amicus Curiae in support of Plaintiffs-Appellees to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send notice of such filing to all counsel of record.

/s/ *Peter D. Kennedy*
Peter D. Kennedy