**Nos. 25-51073 & 26-50001**

# In the United States Court of Appeals for the Fifth Circuit

STUDENTS ENGAGED IN ADVANCING TEXAS; M. F., BY AND THROUGH NEXT FRIEND VANESSA FERNANDEZ; Z. B., BY AND THROUGH NEXT FRIEND S.B.,

*Plaintiffs–Appellees*,

v.

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS THE TEXAS ATTORNEY GENERAL,

*Defendant–Appellant.*

*consolidated with*

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,

*Plaintiff–Appellee*,

v.

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS,

*Defendant–Appellant.*

On Appeal from the United States District Court
for the Western District of Texas, Austin Division

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Defendant-Appellant files this motion for a 19-day extension of time to file his reply brief to and including July 27, 2026. In support thereof, Appellant respectfully shows the Court as follows:

1.    Plaintiffs-Appellees filed two response briefs on June 17, 2026. Appellant's reply brief is currently due July 8. Appellant seeks a 19-day extension of time, to and

including July 27 in which to file his reply brief. This is Appellant's first request for an extension of time on this brief and it is unopposed (on condition that the motion makes clear that Appellant's request for extension of time has no bearing on the Appellant's position about Appellees' motion to expedite oral argument).

2.    This motion is supported by good cause and is not sought for purposes of delay. First, the undersigned lead attorney for Appellant is currently on a vacation from June 19 through June 29, which was planned prior to the filing of these appeals. Second, from June 10 through June 22 Appellant's counsel was engaged in responding to Plaintiffs-Appellees' two applications for emergency relief, in which Plaintiffs-Appellees requested that the Supreme Court of the United States vacate this Court's stay order in these consolidated appeals. *See SEAT v. Paxton*, No. 25A1389 (U.S.); *CCIA v. Paxton*, No. 25A1390 (U.S.). Third, Appellant will be responding to two different response briefs from Plaintiffs-Appellees, which will require additional time to prepare and present Appellant's arguments in an efficient manner for the Court. Fourth, Appellant will be reviewing and potentially responding to at least twelve amicus briefs filed on behalf of Appellees. Finally, counsel has additional advisory responsibilities on other matters within the Office of the Attorney General.

3.    Granting the requested extension will promote judicial economy and advance the interests of the Court and the parties by ensuring adequate time to prepare and file Appellant's reply brief.

4.    Appellant's request for an extension of time to file his reply brief is consistent with and does not change Appellant's position on Appellees' motion to

expedite oral argument. Appellant is not opposed to Appellees' motion to expedite if (1) the Supreme Court denies Plaintiffs' applications and (2) Appellant is able to obtain the 19-day extension on his reply brief sought herein.

5.     This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this request for an extension is granted.

6.     For the foregoing reasons, Appellant respectfully requests that the Court grant this motion for a 19-day extension of time to file his reply brief, making it due by July 27, 2026.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

William R. Peterson
Solicitor General

Brent Webster
First Assistant Attorney General

/s/ Jeffrey A. Stephens
Jeffrey A. Stephens
Assistant Solicitor General
Jeff.Stephens@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700

Mohmed I. Patel
Tevin J. Long
Assistant Attorneys General

*Counsel for Defendant-Appellant*

3

### CERTIFICATE OF CONFERENCE

On June 24-25, 2026, counsel for Appellant conferred with counsel for Appellees via email. Appellees stated that they do not oppose this motion so long as the motion makes clear that Appellant's request for extension of time has no bearing on the Appellant's position about Appellees' motion to expedite oral argument.

/s/ Jeffrey A. Stephens

JEFFREY A. STEPHENS

### CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 441 words, excluding the parts of the brief exempted by Rule 32(f) and Fifth Circuit Rule 32.2, according to the word count of Microsoft Word. This brief complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Equity font.

/s/ Jeffrey A. Stephens

JEFFREY A. STEPHENS