# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 01, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-51073 Consolidated with No. 26-50001
Students v. Paxton
USDC No. 1:25-CV-1662
USDC No. 1:25-CV-1660

Enclosed is an order entered in these cases.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Zachary Berg
Mr. Harvey Grannis Brown Jr.
Mr. Joseph Carl Cecere Jr.
Mr. Philip Devlin
Mr. William C. Duncan
Ms. Abigail Everdell
Mr. David Morris Gossett
Mr. Liam Ross Harrell
Mr. James Jonathan Hawk
Mr. Tyler James Henry
Mr. John Anderson Jung
Mr. Peter Drew Kennedy
Ms. Ambika Kumar
Mr. Michael Lambert
Mr. Thomas S. Leatherbury
Mr. Steven Paul Lehotsky
Mr. Tevin Long
Mr. Dario Maestro
Mr. Sean Michael Marotta
Mr. Sean Joseph McCaffity
Mr. Jonathan F. Mitchell
Ms. Celyra Imani Myers
Mr. Mohmed Idris Patel
Mr. Edward Peter Percarpio
Mr. William Reid Pillifant
Ms. Laura Lee Prather
Ms. Katelyn Ringrose
Ms. Catherine Lewis Robb

Mr. Adam Sieff
Mr. Raymond Benjamin Sperry
Mr. Peter Steffensen
Mr. Jeffrey A. Stephens
Mr. Joel Thayer
Ms. Rebecca Tushnet
Mr. Cody James Venzke
Mr. Brian M. Willen
Ms. Haley B. Zoffer