# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 06, 2026

No. 25-51073    Students v. Paxton
USDC No. 1:25-CV-1662
USDC No. 1:25-CV-1660

Dear Counsel:

The above referenced case has been scheduled for oral argument on 08/04/2026. It will be held in New Orleans -  East Courtroom at 9:00.  The Oral Argument session number is 5.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than 7/17/26.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form.  You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12.  The form is available at https://www.ca5.uscourts.gov/appearanceform.  Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Shirley Engelhardt at 504-310-7631.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shirley M. Engelhardt, Calendar Clerk
504-310-7631

cc:
    Mr. Zachary Berg
    Mr. Harvey Grannis Brown Jr.
    Mr. Joseph Carl Cecere Jr.
    Mr. William C. Duncan
    Ms. Abigail Everdell
    Mr. David Morris Gossett
    Mr. Liam Ross Harrell
    Mr. James Jonathan Hawk
    Mr. Tyler James Henry
    Mr. John Anderson Jung
    Mr. Peter Drew Kennedy
    Ms. Ambika Kumar
    Mr. Michael Lambert
    Mr. Thomas S. Leatherbury
    Mr. Steven Paul Lehotsky
    Mr. Tevin Long
    Mr. Dario Maestro
    Mr. Sean Michael Marotta
    Mr. Sean Joseph McCaffity
    Mr. Jonathan F. Mitchell
    Ms. Celyra Imani Myers
    Mr. Mohmed Idris Patel
    Mr. Edward Peter Percarpio
    Mr. William Reid Pillifant
    Ms. Laura Lee Prather
    Ms. Katelyn Ringrose
    Ms. Catherine Lewis Robb
    Mr. Adam Sieff
    Mr. Raymond Benjamin Sperry
    Mr. Peter Steffensen
    Mr. Jeffrey A. Stephens
    Mr. Joel Thayer
    Ms. Rebecca Tushnet
    Mr. Cody James Venzke
    Mr. Brian M. Willen
    Ms. Haley B. Zoffer