# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 07, 2026

Mr. Harvey Grannis Brown Jr.
Lanier Law Firm
10940 W. Sam Houston Parkway, N.
Suite 100
Houston, TX 77064

Mr. Joseph Carl Cecere Jr.
Cecere, P.C.
6035 McCommas Boulevard
Dallas, TX 75206

Mr. William C. Duncan
Marriage Law Foundation
1868 N. 800, E.
Lehi, UT 84043

Mr. Liam Ross Harrell
American Center for Law & Justice
201 Maryland Avenue, N.E.
Washington, DC 20002-5703

Mr. James Jonathan Hawk
McDermott Will & Schulte
2049 Century Park, E.
Suite 3200
Los Angeles, CA 90067-0000

Mr. John Anderson Jung
19 Roycraft Avenue
Long Beach, CA 90803

Mr. Peter Drew Kennedy
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue
Suite 2700
Austin, TX 78701

Mr. Steven Paul Lehotsky
Lehotsky Cohn, L.L.P.
200 Massachusetts Avenue, N.W.
Suite 700
Washington, DC 20001

Mr. Dario Maestro
Surveillance Technology Oversight Project
1350 Avenue of the Americas
2nd Floor, Box 1089
New York, NY 10019


Mr. Sean Michael Marotta
Hogan Lovells Cadwalader US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004


Mr. Sean Joseph McCaffity
Sommerman, McCaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard
Suite 1400
Dallas, TX 75219


Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000


Mr. Adam Sieff
Davis, Wright & Tremaine, L.L.P.
350 S. Grand Avenue
27th Floor
Los Angeles, CA 90071


Mr. Raymond Benjamin Sperry
International Center for Law & Economics
1104 N.W. 15th Avenue
Suite 300
Portland, OR 97209


Mr. Peter Steffensen
Southern Methodist University
Dedman School of Law
3315 Daniel Avenue
P.O. Box 750116
Dallas, TX 75205


Mr. Jeffrey A. Stephens
Office of the Texas Attorney General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548


Mr. Joel Thayer
Thayer, P.L.L.C.
1255 Union Street, N.E.

Washington, DC 20002


Ms. Rebecca Tushnet
Harvard University
School of Law
1575 Massachusetts Avenue
Hauser 520
Cambridge, MA 02138


Mr. Cody James Venzke
American Civil Liberties Union Foundation
Speech, Privacy & Technology Project
915 15th Street, N.W.
Washington, DC 20005


Mr. Brian M. Willen
Wilson Sonsini Goodrich & Rosati, P.C.
31 W. 52nd Street
40th Floor
New York, NY 10019


        No. 25-51073    Students v. Paxton
  c/w No. 26-50001    USDC No. 1:25-CV-1662
                      USDC No. 1:25-CV-1660

Dear Counsel,

You must submit the 6 paper copies of your brief required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant to
5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required
by 5th Cir. R. 30.1.2 within 5 days of the date of this notice
pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of
July 2, 2018, record excerpts filed in relation to Anders briefs
only require 2 paper copies.  **We remind attorneys that the paper
copies of record excerpts filed with the court must contain
physical tabs that extend beyond the edge of the document to
facilitate easy identification and review of tabbed documents.** See
5th Cir. R. 30.1.7(c).

Please ensure that paper copies submitted have the CM/ECF filing
header at the top of the page.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Charles B. Whitney, Deputy Clerk
                    504-310-7679

cc:
    Mr. Zachary Berg
    Ms. Abigail Everdell
    Mr. David Morris Gossett
    Mr. Tyler James Henry
    Ms. Ambika Kumar
    Mr. Michael Lambert
    Mr. Thomas S. Leatherbury
    Mr. Tevin Long
    Ms. Celyra Imani Myers
    Mr. Mohmed Idris Patel
    Mr. Edward Peter Percarpio
    Mr. William Reid Pillifant
    Ms. Laura Lee Prather
    Ms. Katelyn Ringrose
    Ms. Catherine Lewis Robb
    Ms. Haley B. Zoffer