KEN PAXTON
ATTORNEY GENERAL OF TEXAS

MOHMED I. PATEL (512) 936-1700
Assistant Attorney General Mohmed.Patel@oag.texas.gov

August 31, 2026

**Via CM/ECF**

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit

**Re: No. 25-51073, *Students Engaged in Advancing Texas v. Ken Paxton*, *consolidated with* No. 26-50001 *Computer Communications Industry Association v. Ken Paxton***

Dear Mr. Cayce:

I write to inform the Court of my withdrawal as counsel for defendant–appellant Ken Paxton in the above-captioned case, as I am leaving my employment with the Office of the Attorney General. William R. Peterson will remain as lead counsel in the above-referenced case.

Respectfully submitted.

/s/Mohmed I. Patel

Mohmed I. Patel
Assistant Attorney General

cc: all counsel of record (via CM/ECF)