Tevin J. Long
Assistant Attorney General

(512) 936-1700
Tevin.Long@oag.texas.gov

September 1, 2026

**Via CM/ECF**
Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

**Re:** No. 25-51073; *Students Engaged in Advancing Texas v. Paxton*, *consolidated with* No. 26-50001; *Computer & Communications Industry Association v. Paxton*

Dear Mr. Cayce:

I am writing to advise the Court of my withdrawal as counsel for Appellant, Ken Paxton, in the above-referenced cases, as I am leaving my employment with the Office of the Attorney General. Solicitor General William Peterson will remain as lead counsel in the above-referenced cases.

Respectfully submitted.

/s/ Tevin J. Long

Tevin J. Long
Assistant Attorney General

cc: All counsel of record (via CM/ECF)