# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 03, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-51073 Students v. Paxton
USDC No. 1:25-CV-1662
Consol. with
No. 26-50001 Computer & Communications v. Paxton
USDC No. 1:25-CV-1660

The court has granted Mr. Patel's motion to withdraw as counsel for Appellant Ken Paxton.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. Zachary Berg
Mr. Harvey Grannis Brown Jr.
Mr. Joseph Carl Cecere Jr.
Mr. William C. Duncan
Ms. Abigail Everdell
Mr. David Morris Gossett
Ms. Claire Groden
Mr. Liam Ross Harrell
Mr. James Jonathan Hawk
Mr. Tyler James Henry
Mr. John Anderson Jung
Mr. Peter Drew Kennedy
Ms. Ambika Kumar
Mr. Michael Lambert
Mr. Thomas S. Leatherbury
Mr. Steven Paul Lehotsky
Mr. Dario Maestro
Mr. Sean Michael Marotta
Mr. Sean Joseph McCaffity
Mr. Jonathan F. Mitchell
Ms. Celyra Imani Myers
Mr. Edward Peter Percarpio
Mr. William R. Peterson
Mr. William Reid Pillifant
Ms. Laura Lee Prather
Ms. Elizabeth Prelogar
Mr. Joshua Revesz
Ms. Katelyn Ringrose

Ms. Catherine Lewis Robb
Mr. Michael Rome
Mr. Adam Sieff
Mr. Raymond Benjamin Sperry
Mr. Peter Steffensen
Mr. Jeffrey A. Stephens
Mr. Joel Thayer
Ms. Rebecca Tushnet
Mr. Cody James Venzke
Mr. Brian M. Willen
Ms. Haley B. Zoffer